RECEIVED
IN LAKE CHARLES, LA

MAR 23 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ADIL ABOBKR ADEM | CIVIL ACTION NO. 10-1504 |
| VS. | JUDGE MINALDI |
| ERIC HOLDER, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that the defendants Motion to Dismiss [Doc. 7] be **GRANTED**, and the Petition for Writ of Habeas Corpus, filed by Adil Abobkr Adem, be **DENIED** and that his Petition be **DISMISSED** without prejudice.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 22 day of March, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE